IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| ANGELINA M. SANCHEZ, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 14-CV-1380 EFM/KGG |
| ) | |
| THE PRESBYTERIAN MANORS OF ) | |
| MID-AMERICA, INC. and PRESBYTERIAN ) | |
| MANORS, INC., ) | |
| ) | |
| Defendants. ) | |

## JOINT STIPULATED DISMISSAL OF THE PRESBYTERIAN MANORS OF MID-AMERICA, INC.

Pursuant to Rule 41(a)(1)(A)(ii), Fed. R. Civ. Pro., the parties agree to the dismissal of The Presbyterian Manors of Mid-America, Inc., subject to the stipulations set out below.

1. The Defendants represent that Presbyterian Manors, Inc. ("PMI") is the real party in interest in this litigation.

2. The Defendants admit and represent that PMI was the employer of the Plaintiff during the period of time set out in the Complaint filed in this matter.

3. The Defendants represent that PMI is a solvent business entity and has the financial resources to pay any final judgment entered against it, if any, including the assessment of costs, attorneys' fees and interest. The Presbyterian Manors of Mid-America, Inc. agrees and represents that it will guarantee the payment of a final judgment entered against PMI, if any, including the assessment of costs, attorneys' fees and interest.

4. If during the discovery conducted in this matter, the Plaintiff reasonably believes that The Presbyterian Manors of Mid-America, Inc. and PMI are an "integrated enterprise" as that phrase is discussed in *Platt v. KINI L.C. and Liberty Cellular, Inc.*, 10 F. Supp. 2d 1229, 1232 (D. Kan. 1998), the Plaintiff may file a motion to amend the Complaint to add The Presbyterian Manors of Mid-America, Inc. as a defendant, and the Defendants will not oppose the motion.

5. The Plaintiff would not have entered into this Stipulated Dismissal but for the Defendants' agreements and representations contained in this Stipulated Dismissal.

Subject to the above stipulations, the parties agree that The Presbyterian Manors of Mid-America, Inc. is hereby dismissed from this lawsuit.

  /s/ Michael M. Shultz
Michael M. Shultz, #18093
LAW FIRM OF MICHAEL M. SHULTZ
901 Kentucky, Suite 305
Lawrence, KS  66044
Telephone:  (785) 838-4300
Email:
Michael@theshultzlawfirm.com

  /s/ James M. Kaup
James M. Kaup, #10198
KAUP LAW OFFICE
214 SW 6th Ave., Suite 306
Topeka, KS  66603
Telephone:  (785) 235-1111
Facsimile:   (785) 235-1141
Email:  kaup@kauplawoffice.com

ATTORNEYS FOR PLAINTIFF


FOULSTON SIEFKIN LLP


By: /s/  Vaughn Burkholder
    Vaughn Burkholder, #11458
32 Corporate Woods, Suite 600
9225 Indian Creek Parkway
Overland Park, KS 66210-2000
Telephone:  (913) 498-2100
Facsimile:   (913) 498-2101
Email:  vburkholder@foulston.com

ATTORNEY FOR DEFENDANTS