IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| ANGELINA M. SANCHEZ, | ) |
|    Plaintiff, | ) ) ) |
| v. | )   Case No. 14-cv-1380-EFM-KGG |
| THE PRESBYTERIAN MANORS, INC. | ) ) ) |
|    Defendants. | ) ) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

The parties hereby stipulate that the claims of the Plaintiff have been resolved. The parties stipulate that all of Plaintiff's claims against Defendant Presbyterian Manors, Inc. are hereby dismissed pursuant to F.R.Civ.P. 41(a)(1)(A)(ii) with prejudice and with each party to bear her or its own attorneys' fees and expenses of litigation.

STIPULATED BY:

| | |
|---|---|
| FOULSTON SIEFKIN, LLP<br>32 Corporate Woods, Suite 600<br>9225 Indian Creek Parkway<br>Overland Park, Kansas 66210-2000<br>O:  (913) 498-2100<br>F:  (913) 498-2101<br>vburkholder@Foulston.com<br><br>s/ Vaughn Burkholder_____<br>Vaughn Burkholder #11458<br><br>**Attorney for Defendant** | LAW FIRM OF MICHAEL M. SHULTZ<br>901 Kentucky, Suite 305<br>Lawrence, Kansas 66044<br>O:  (785) 838-4300<br>Michael@theshultzlawfirm.com<br><br>KAUP LAW OFFICE<br>214 SW 6th Ave., Suite 302<br>Topeka, Kansas 66603<br>O:  (785) 235-1111<br>kaup@kauplawoffice.com<br><br>s/ James M. Kaup_____<br>James M. Kaup #10198<br>Michael M. Shultz #18093<br><br>**Attorneys for Plaintiff** |

DATED:  September 17, 2015

## CERTIFICATE OF SERVICE

      I hereby certify that on the 17th day of September, 2015, the foregoing was electronically filed with the Clerk of the Court by using the CM/ECF system which will send electronic notice of this filing to the attorneys of record.

                                                  s/ James M. Kaup
                                                  James M. Kaup #10198

                                                  **Attorney for Plaintiff**